644

Loretta Barnes, Appellant, v. Charles E. Barnes, Appellee.

Gen. No. 44,054.

opinion filed February 17, 1948; released for publication March 9, 1948. Eugene P. Meegan, for appellant; Clarence Kammermann, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.